**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7749**

DANTE A. JONES,

            Plaintiff - Appellant,

        v.

WARDEN    KATHLEEN    GREEN;    DARRYL    WEBSTER,    Facility
Administrator; JON R. SCRAMLIN; WILLIAM DOYLE,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen  L.  Hollander,  District  Judge.
(1:13-cv-00944-ELH)

Submitted:  February 20, 2014     Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dante A. Jones, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante A. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Green, No. 1:13-cv-00944-ELH (D. Md. Sept. 25, 2013). We deny Jones's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED